# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Lonnie Dugan

*Plaintiff*

v.    Civil Action No. 4:14-cv-05119-LRS

Franklin County

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Lonny R. Suko  on a motion for

Summary Judgment by Defendants Alexander and Rode's, ECF No. 26, is GRANTED.  Defendants Franklin County, Lathim and Long's Motion for Summary Judgment, ECF No. 23 is GRANTED IN PART.  Plaintiff's federal claims are DISMISSED with prejudice.

Date: 03/23/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler