AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | ) | |
|---|---|---|
| Lonnie Dugan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:14-cv-05119-LRS |
| Franklin County, et al | ) | |
| *Defendant* | ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on a motion for Summary Judgment by Defendants Alexander and Rode's, ECF No. 26, is GRANTED. Defendants Franklin County, Lathim and Long's Motion for Summary Judgment, ECF No. 23, is GRANTED IN PART. Plaintiff's federal claims are DISMISSED with prejudice. The Court declines supplemental jurisdiction over Plaintiff's remaining state law claims and they are hereby DISMISSED WITHOUT PREJUDICE.

Date: 3/23/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler